UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OMNIA MEDICAL, LLC,

   *Plaintiffs*,

v.                                                            No. 8:22-CV-00145

PAINTEQ, LLC, SEAN LANEVE, AND CHARLES GIRSCH,

   *Defendants*.

## **NOTICE OF A RELATED ACTION**[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

I certify that the above-captioned case:

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

PAINTEQ, LLC vs. OMNIA MEDICAL, LLC ;
Case No.: 8:20-CV-02805-VMC-AAS

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: January 19, 2022

Respectfully submitted,

/s/Matthew G. Davis
Matthew G. Davis
Florida Bar No. 58464
*mdavis@pdtlegal.com*
A. Alston Merritt, Esq.
Florida Bar No. 1010102
*amerritt@pdtlegal.com*
PASKERT DIVERS THOMPSON
100 North Tampa Street, Suite 3700
Tampa, FL 33602
813.229.3500 (telephone)
813.229.3502 (facsimile)

Ralph E. Cascarilla
Florida Bar No. 315303 *
*rcascarilla@walterhav.com*
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, OH 44114
216.928.2908 (direct dial)
216.916.2346 (direct facsimile)
*admitted in this case *pro hac vice*
*Counsel for Omnia Medical, LLC*