UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OMNIA MEDICAL, LLC,

    Plaintiff,                                      Case No.: 8:22-cv-00145-VMC-TGW

vs.

PAINTEQ, LLC, SEAN LANEVE,
and CHARLES GIRSCH,

    Defendants.
_____/

**NOTICE OF MEDIATION**

PLEASE TAKE NOTICE that the parties have agreed to use Jay M. Cohen, Certified Mediator, as a mediator in this action. Mediation is scheduled to take place as follows:

| | |
|---|---|
| Date: | September 17 – 30, 2022 (specific, mutually agreeable, date(s) to be determined by the parties based on availability of the parties and mediator) |
| Time: | 9:00 am |
| Location: | Tampa, Florida (specific, mutually agreeable, in-person location to be determined by the parties in the future) |

Mediation costs shall be split equally between the parties.

Dated: May 13, 2022.

                                                       */s/ Anna Alston Merritt*
                                                       Matthew G. Davis
                                                       Florida Bar No. 58464
                                                       mdavis@pdtlegal.com
                                                       Anna Alston Merritt

Florida Bar No. 1010102
amerritt@pdtlegal.com
PASKERT DIVERS THOMPSON
100 North Tampa Street, Suite 3700
Tampa, FL 33602
813.229.3500 (telephone)
813.229.3502 (facsimile)
*Counsel for Omnia Medical, LLC*

Ralph E. Cascarilla
Florida Bar No. 315303 *
rcascarilla@walterhav.com
WALTER | HAVERFIELD LLP
1301 E. Ninth Street, Suite 3500
Cleveland, OH 44114
216.928.2908 (direct dial)
*admitted in this case pro hac vice
*Counsel for Omnia Medical, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Court's CM/ECF system which will provide service via electronic mail to all registered participants listed on May 13, 2022.

*/s/ Anna Alston Merritt*

2