**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| OMNIA MEDICAL, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>PAINTEQ, LLC,<br><br>     Defendant. | Case No. 8:22-cv-00145-VMC-TGW |

**JOINT MOTION TO RESCHEDULE HEARING ON**
**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

The parties jointly move the Court to reschedule the hearing on Plaintiff's Motion to Compel Discovery, per the Court's April 12, 2023 Order (Doc. 83) granting Defendant's Motion to Continue.

1. On April 4, 2023, the Court issued an order setting Plaintiff Omnia Medical, LLC's Motion to Compel (Doc. 78) for hearing on April 26, 2023. (Doc. 81).

2. On April 12, 2023 Court entered an order (Doc. 83) granting Defendant's unopposed motion to continue the April 26 hearing due to a scheduling conflict. (Doc. 82.) The order directed the parties to file a new motion providing alternative dates and times for the hearing.

3. Lead counsel for Plaintiff and Defendant are both available on the following dates and times:

April 21 (all day)

April 24 (all day)

May 1 (1:00 p.m. – 5:00 p.m.)

May 2 (all day)

May 8 (10:00 a.m. – 5:00 p.m.)

May 9 (all day)

May 16 – 18 (all day)

4. Counsel will provide additional dates and times in the event none of the foregoing work for the Court.

WHEREFORE, the parties jointly request that the hearing on Plaintiff Omnia Medical, LLC's Motion to Compel (Doc. 78) be rescheduled during the dates and times listed above or, if that is not feasible, at another time convenient for the Court.

Respectfully submitted this 14th day of April, 2023.

| | |
|---|---|
| PASKERT DIVERS THOMPSON | Hill Ward Henderson, P.A. |
| */s/Matthew G. Davis*<br>Matthew G. Davis<br>Florida Bar No. 58464<br>*mdavis@pdtlegal.com*<br>A. Alston Merritt<br>Florida Bar No. 1010102<br>*amerritt@pdtlegal.com*<br>PASKERT DIVERS THOMPSON<br>100 North Tampa Street, Suite 3700<br>Tampa, FL 33602<br>813.229.3500(telephone)<br>813.229.3502 (facsimile)<br><br>*Counsel for Omnia Medical, LLC* | */s/ David L. Luikart III*<br>David L. Luikart III (FBN 21079)<br>Thomas J. Banks (FBN 1017731)<br>HILL WARD HENDERSON, P.A.<br>101 East Kennedy Blvd., Ste. 3700<br>Tampa, Florida 33602<br>Tel: (813) 221-3900<br>Fax: (813) 221-2900<br>Dave.Luikart@hwhlaw.com<br>Thomas.Banks@hwhlaw.com<br>Michelle.Armstrong@hwhlaw.com<br>Julie.Mcdaniel@hwhlaw.com<br>*Counsel for PainTEQ, LLC* |